```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORIANO TAVAREZ,

                           **Plaintiff,**                    21-CV-09979 (AJN)(SN)

     -against-                                    **ORDER**

AQUA ELITE EVENTS, INC.,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's Opposition to Defendant's Motion to Dismiss was due on March 14, 2022. See ECF No. 16. Unless Plaintiff files his Opposition by March 25, 2022, the Court shall consider the motion fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               March 18, 2022